PROB 22
(Rev. 2-88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:CR-01-130-01

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HERBERT GILSDORF | Middle District of Pennsylvania | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable William W. Caldwell
U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/27/03 | TO 10/26/05 |
|---|---|---|

OFFENSE

Manufacturing Counterfeit United States Currency  - 18 USC § 471

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Pennsylvania _____

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____ Eastern District of Virginia ____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FILED
HARRISBURG

NOV 2 - 2004

10-18-04
Date

William G. Caldwell
United States District Judge

MARY E.
Per

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ____ Eastern District of Virginia ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-26-04
Effective Date

Rebecca Beach Smith
United States District Judge