NOV - 5 2004

Clerk, U.S. District Court
P.O. Box 983
Harrisburg, PA 17108

November 2, 2004

Elizabeth Paret, Clerk USDC, ED of VA
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Va 22314-5798

**RECEIVED**

**NOV 2 4 2004**

Re: USA v. Herbert Gilsdorf
1:01-cr-130-01 (MD of PA)
2:02-cr-210 (ED of VA)

**MARY E. D'ANDREA, CLERK**

Dear Clerk:

Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified copies of indictment, judgment and commitment, plea agreement, and docket sheet.

Please acknowledge receipt of this mailing by signing and returning the enclosed copy of this letter.

Sincerely,

Mary E. D'Andrea, Clerk

Pamela Warner
Deputy Clerk

Received by: _Pamela Warner_
Date Received: _11/5/04 + 11/19/04_ Thank You